# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL ROOFERS UNION & EMPLOYERS JOINT HEALTH & WELFARE FUND, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>SILVER STATE WATERPROOFING, LLC, *et al.*,<br><br>    Defendants. | Case No. 2:10-CV-02194-KJD-GWF<br><br>**ORDER** |

    Presently before the Court is the Motion for Entry of Judgment by Confession (#26).  Though the time for doing so has passed, Defendant Silver State Waterproofing, LLC has failed to file a response in opposition.  Therefore, in accordance with Local Rule 7-2(d) and good cause being found, the Court grants the motion for entry of judgment by confession.

**IT IS SO ORDERED.**

    DATED this 11th day of July 2012.

_____
Kent J. Dawson
United States District Judge