**CHRISTENSEN JAMES & MARTIN**
DARYL E. MARTIN, ESQ. (6735)
WESLEY J. SMITH, ESQ. (11871)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: dem@cjmlv.com, wes@cjmlv.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| NATIONAL ROOFERS UNION & EMPLOYERS JOINT HEALTH & WELFARE FUND, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> SILVER STATE WATERPROOFING, LLC, *et al.*, <br><br> Defendants. | CASE NO.: 2:10-cv-02194-KJD-GWF <br><br> **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS KRISTIE FLEISHER AND TERY FLEISHER, WITH PREJUDICE** <br><br> Date: N/A <br> Time: N/A |

The Plaintiffs National Roofers Union & Employers Joint Health & Welfare Fund and National Roofing Industry Pension Plan ("Plaintiffs" or "Trusts"), acting by and through their attorneys, Christensen James & Martin, and Defendants Kristie Fleisher and Terry Fleisher ("Defendants"), by and through its attorneys, Gordon & Rees, LLP, hereby Stipulate and Agree, and request the Court's Order, as follows:

1. Plaintiffs' claims in the above-entitled action against Defendants Kristie Fleisher and Terry Fleisher shall be dismissed with prejudice.

2. The Parties shall each bear their own attorney's fees and costs.

[signatures follow]

CHRISTENSEN JAMES & MARTIN
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

| | |
|---|---|
| CHRISTENSEN JAMES & MARTIN | GORDON & REES, LLP |
| By: /s/ Wesley J. Smith<br>Wesley J. Smith, Esq.<br>*Attorneys for Plaintiffs* | By: /s/ Jon Ludwig<br>Jon Ludwig, Esq.<br>*Attorneys for Kristie Fleisher and Terry Fleisher* |
| Date: June 17, 2013. | Date: June 17, 2013. |

## **ORDER**

IT IS SO ORDERED.

DATED and DONE this 19 day of June, 20 13.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:
CHRISTENSEN JAMES & MARTIN

By: /s/ Wesley J. Smith
   Wesley J. Smith, Esq.
   *Attorneys for Plaintiff*